UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| SAID KURBANOV,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services (USCIS); KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TED H. KIM, Associate Director, USCIS Refugee, Asylum and International Operations Directorate; MATHEW C. VARGHESE, Director, USCIS New York Asylum Office, [1]<br><br>                    Defendants. | **STIPULATION OF DISMISSAL <u>WITHOUT PREJUDICE</u>**<br><br>Civil Action No.<br>25-cv-3612<br><br>(Garaufis, J.) |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
       October 9, 2025

                                LAW OFFICE OF AZIZ JURAEV
                                *Counsel for Plaintiff*
                                158 Brighton 11th Street
                                Suite 2
                                Brooklyn, New York 10007

                 By: _____
                                Aziz Juraev, Esq.
                                (929) 920-6606/ -9960
                                aziz@dzhuraevlaw.com

---

[1] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit, therefore, USCIS Director Edlow has been substituted for USCIS Acting Director Alfonso-Royals.

*Kurbanov v. Edlow, et al.*, 25-cv-3612 (Garaufis, J.)
**Stipulation of Dismissal Without Prejudice**
Page 2

Dated: Central Islip, New York
October 10, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722

By: /s/ MARY DICKMAN
Digitally signed by MARY DICKMAN
Date: 2025.10.10 10:04:26 -04'00'

Mary M. Dickman
Assistant U.S. Attorney
(631) 715-7863
mary.dickman@usdoj.gov

**So Ordered.**
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: